UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| B & L PRODUCTIONS, INC., DBA Crossroads of the West; BARRY BARDACK; RONALD J. DIAZ, Sr.; JOHN DUPREE; CHRISTOPHER IRICK; ROBERT SOLIS; LAWRENCE MICHAEL WALSH; CAPTAIN JON'S LOCKERS, LLC; L.A.X. FIRING RANGE, INC., DBA LAX AMMO; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.; SOUTH BAY ROD AND GUN CLUB, INC.; SECOND AMENDMENT FOUNDATION, Plaintiffs-Appellants, v. GAVIN NEWSOM, in his official capacity as Governor of the State of California and in his personal capacity; ROB BONTA, in his official capacity as Attorney General of the State of California and in his personal capacity; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; 22ND DISTRICT AGRICULTURAL ASSOCIATION; SUMMER STEPHAN, in her official capacity as District Attorney of San Diego County; LONNIE J. ELDRIDGE, in his official capacity as County Counsel of San Diego County; DOES, 1-50, Defendants-Appellees. | No. 23-55431 D.C. No. 3:21-cv-01718-AJB-DDL Southern District of California, San Diego ORDER |

| | |
|---|---|
| B & L PRODUCTIONS, INC., et al.;<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.;<br><br>      Defendants - Appellants. | No. 23-3793<br><br>D.C. No.<br>8:22-cv-01518-JWH-JDE<br>Central District of California, Santa Ana |

    The motion to hold Case No. 23-3793 in abeyance (No. 23-3793, Docket No. 7) is DENIED. The alternative motion suggested in the same filing to coordinate Case No. 23-55431 and Case No. 23-3793 for oral argument is GRANTED.

    Briefing in Case No. 23-3793 will follow the following expedited schedule.

**Tues., January 16, 2024**      Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Tues., January 30, 2024**      Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

The optional appellants' reply brief shall be filed and served within 7 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

    Oral argument will be scheduled on March 6, 2024, in Pasadena, California.

                                                                            FOR THE COURT:

                                                                            MOLLY C. DWYER<br>
                                                                            CLERK OF COURT