

**SENIOR PARTNER**
C. D. MICHEL*

**MANAGING PARTNER**
JOSHUA ROBERT DALE

**PARTNERS**
ANNA M. BARVIR
SEAN A. BRADY
MATTHEW D. CUBEIRO
W. LEE SMITH

**ASSOCIATES**
TIFFANY D. CHEUVRONT
ALEXANDER A. FRANK
KONSTADINOS T. MOROS

**OF COUNSEL**
JASON A. DAVIS
JOSEPH DI MONDA
SCOTT M. FRANKLIN
MICHAEL W. PRICE
TAMARA M. RIDER

* ALSO ADMITTED IN TEXAS AND THE DISTRICT OF COLUMBIA

WRITER'S DIRECT CONTACT:
562-216-4444
ABarvir@michellawyers.com

March 29, 2024

**VIA E-FILING**
Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

    Re:    **Fed. R. App. P. 28(j) – Notice of Supplemental Authority**
           *B&L Productions, Inc., et al., v. Gavin Newsom, et al.,*
           **Case No: 23-3793 (Appeal from Central District of California)**

Dear Ms. Dwyer:

    Appellees write to notify the Court of recent orders in *Boland v. Bonta*, Ninth Circuit Case No. 23-55276, and *Renna v. Bonta*, Ninth Circuit Case No. 23-55367, two Second Amendment challenges to California's roster of handguns certified for sale. Both cases were submitted after briefing and oral argument before Judges Berzon, Rawlinson, and Bress. On March 25, 2024, the panel vacated the submission of both cases pending the en banc decision in *Duncan v. Bonta*, No. 23-55805, which was heard on March 19, 2024.

    Because the decision of the en banc panel in *Duncan* may bear directly on the central issues of this case, Appellees support likewise vacating the submission of this case pending the *Duncan* decision.

                             Sincerely,
                               **Michel & Associates, P.C.**

                             Anna M. Barvir

Encl.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LANCE BOLAND, an individual; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellant, <br><br> and <br><br> DOES, 1-10, <br><br> Defendant. | No. 23-55276 <br><br> D.C. No. 8:22-cv-01421-CJC-ADS Central District of California, Santa Ana <br><br> ORDER |

Before: BERZON, RAWLINSON, and BRESS, Circuit Judges.

Submission of this case is vacated pending the en banc decision in *Duncan v. Bonta*, 9th Cir. No. 23-55805.

|  |  | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | MAR 25 2024 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

| | |
|---|---|
| LANA RAE RENNA; et al., | No. 23-55367 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-02190-DMS-DEB |
| v. | Southern District of California, San Diego |
| ROB BONTA, in his official capacity as Attorney General of California; ALLISON MENDOZA, in her official capacity as Director of Department of Justice Bureau of Firearms, | ORDER |
| Defendants-Appellants. | |

Before: BERZON, RAWLINSON, and BRESS, Circuit Judges.

Submission of this case is vacated pending the en banc decision in *Duncan v. Bonta*, 9th Cir. No. 23-55805.